# OLIVER S. STORCH

ATTORNEY AT LAW
18TH FLOOR
120 BROADWAY
NEW YORK, NEW YORK 10271
E-MAIL: oliver.storch@verizon.net
www.oliverstorch.com

MEMBER OF N.Y. & CT. BARS

TELEPHONE: (212) 587-2383
FACSIMILE:  (212) 732-7080

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/19

December 10, 2019

**VIA ECF**

The Honorable Richard J. Sullivan
United States Circuit Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> **Re: United States v. Marlon Sisnero-Gil**
> Docket No.: 15-cr-605-4 (RJS)
> **ORDER**

Your Honor:

Greetings. My client, Mr. Marlon Sisnero-Gil, is scheduled for sentencing before your honor on Wednesday, December 18, 2019.

I am respectfully requesting a continuance of said sentencing to Thursday January 30, 2020 a date convenient to the court, as per law clerk Ms. Maggie O'Neal, Esq.

The Defense and Government are in the process of resolving important sentencing issues that would avoid a Fatico hearing.

Additionally, I am scheduled for long delayed surgery next week and plan to recover over the holiday period.

AUSA Stephanie Lake consents to the above continuance request.

IT IS HEREBY ORDERED THAT Defendant's sentencing is adjourned to January 30, 2020 at 10:00 a.m. in Courtroom 23B of the Daniel Patrick Moynihan U.S. Courthouse. Defendant's sentencing submission shall be filed no later than January 16, 2020, and the government's sentencing submission shall be filed no later than January 23, 2020.

SO ORDERED
Dated: 12/10/19
RICHARD J. SULLIVAN
U.S.D.J.

Respectfully submitted,

Oliver S. Storch, Esq.

**SO ORDERED:**

_____
United States Circuit Court Judge
Sitting by Designation

OS/gp
cc: AUSA Stephanie Lake