# OLIVER S. STORCH

ATTORNEY AT LAW
18TH FLOOR
120 BROADWAY
NEW YORK, NEW YORK 10271
E-MAIL: oliver.storch@verizon.net
www.oliverstorch.com

MEMBER OF N.Y. & CT. BARS

TELEPHONE: (212) 587-2983
FACSIMILE: (212) 732-7080

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/20

January 14, 2020

VIA ECF
The Honorable Richard J. Sullivan
United States Circuit Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Marlon Sisnero-Gil</u>
Docket No.: 15-cr-605-4 (RJS)
**ORDER**

Your Honor:

Greetings. My client, Mr. Marlon Sisnero-Gil, is scheduled for sentencing before your honor on Thursday January 30, 2020 at 10 am.

The Defense and Government are respectfully requesting a continuance of said sentencing to Friday, February 28, 2020 a date and time convenient to the court as per law clerk Ms. Maggie O'Neil, Esq.

U.S. Probation Officer, Kisha Singleton has informed the Government and Defense that the final PSR is not due until January 23, 2020 and will not be ready before said date.

Once received, the Defense needs a reasonable time to translate the PSR, review it with Mr. Sisnero-Gil and then draft a presentence memorandum.

The Defense and Government join in this continuance request to allow Mr. Sisnero-Gil the statutory right to receive the final PSR 30 days before sentencing.

IT IS HEREBY ORDERED THAT Defendant's sentencing is adjourned to February 28, 2020 at 10:30 a.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse. IT IS FURTHER ORDERED THAT Defendant's sentencing submission shall be filed no later than February 14, 2020, and the government's sentencing submission shall be filed no later than February 21, 2020.

SO ORDERED
Dated: 1/14/20
RICHARD J. SULLIVAN
U.S.D.J.

Respectfully submitted,
Oliver S. Storch, Esq.

SO ORDERED:

_____
United States Circuit Court Judge
Sitting by Designation

OS/gp
cc: AUSA Stephanie Lake