UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

MARLON SISNERO-GIL,

                Defendant.



No. 15-cr-605-4 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

At the request of Defendant and with the government's consent, IT IS HEREBY ORDERED THAT Defendant's sentencing is adjourned to March 13, 2020 at 3:00 p.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:    February 21, 2020
           New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation