# OLIVER S. STORCH

ATTORNEY AT LAW
28TH FLOOR
120 BROADWAY
NEW YORK, NEW YORK 10271
E-MAIL: oliver.storch@verizon.net
www.oliverstorch.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/20

MEMBER OF N.Y. & CT. BARS

TELEPHONE: (212) 587-2388
FACSIMILE: (212) 732-7080

March 11, 2020

**VIA ECF**

The Honorable Richard J. Sullivan
United States Circuit Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Marlon Sisnero-Gil
Docket No.: 15-cr-605-4 (RJS)

Your Honor:

Greetings. My client, Mr. Marlon Sisnero-Gil, is scheduled for sentencing before your honor on Friday, March 13, 2020.

The Defense respectfully requests a continuance of said sentencing to Friday, April 17, 2020 a date and time possibly convenient to the court, as per your law clerk, Ms. Jeanne Jeong, Esq.

The Defense and Government are still in the process of resolving a major sentencing issue and the requested continuance may result in avoiding a Fatico hearing.

AUSA Shawn Crowley consents for the Government.

IT IS HEREBY ORDERED THAT Defendant's sentencing shall be re-scheduled to April 17, 2020 at 10:00 a.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Respectfully submitted,

Oliver S. Storch, Esq.

SO ORDERED:

3/12/20 _____
United States Circuit Court Judge
Sitting by Designation

OS/gp
cc: AUSA Stephanie Lake
AUSA Shawn Crowley