# OLIVER S. STORCH

ATTORNEY AT LAW
28TH FLOOR
120 BROADWAY
NEW YORK, NEW YORK 10271
E-MAIL: oliver.storch@verizon.net
www.oliverstorch.com

MEMBER OF N.Y. & CT. BARS

TELEPHONE: (212) 587-2383

September 3, 2020

VIA ECF
The Honorable Richard J. Sullivan
United States Circuit Court Judge
Second Circuit Court of Appeals
United States Court House
500 Pearl Street
New York, NY 10007

Re: **United States v. Marlon Sisnero-Gil**
Docket No.: **15-cr-605-4-(RJS)**

Your Honor:

Greetings. My client Marlon Sisnero-Gil is scheduled for sentencing before your honor on Friday, September 18th, 2020 at 10:00 am.

The Defense respectfully requests a continuance of said sentencing to Wednesday, November 18th, 2020 a date possibly convenient to the court as per your judicial assistant Ms. Arielle Miller.

Given the COVID-19 Pandemic and subsequent BOP ban on legal visits, the Defense has still not been able to review the most recent discovery with Mr. Sisnero-Gil in a meaningful way.

The Defense Bar has been advised by the MDC that in person legal visits with special laptop access will resume soon, allowing the Defense to finally review the recordings, transcripts and other discovery in person.

The Defense and the Government are still in the process of resolving a major sentencing issue and the requested continuance may result in avoiding a Fatico Hearing.

AUSA Stephanie Lake consents for the Government.

Respectfully submitted,

Oliver S. Storch, Esq.

SO ORDERED:

_____
United States Circuit Court Judge
Sitting by Designation

OS/gp
cc: AUSA Stephanie lake

IT IS HEREBY ORDERED THAT Defendant's sentencing is re-scheduled to November 18, 2020 at 10:00 a.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  In light of the flexibility required to accommodate the logistics and planning of in-person proceedings during the pandemic, the Court will reserve (and the parties shall calendar) November 19, 2020 at 10:00 a.m. as an alternate date for sentencing.

SO ORDERED_____
Dated:  9/3/20       RICHARD J. SULLIVAN
                          U.S.D.J.