UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

     -v-

MARLON SISNERO-GIL,

                Defendant.

No. 15-cr-605-4 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

Sentencing of Defendant Marlon Sisnero-Gil is scheduled to take place on November 18, 2020.  In light of defense counsel's representation that the parties have been engaged "in the process of resolving a major sentencing issue" in the hopes of "avoiding a *Fatico* [h]earing," (*see, e.g.*, Doc. No. 222; *see also* Doc. Nos. 188, 204, 218), IT IS HEREBY ORDERED THAT the parties shall submit a joint letter by November 13, 2020 clarifying their positions as to whether there remain any disputed sentencing issues and whether either party requests a *Fatico* hearing.

IT IS FURTHER ORDERED THAT the sentencing shall take place in Courtroom 12D at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:      November 11, 2020
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation