UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MARLON SISNERO-GIL,

Defendant.

No. 15-cr-605-4 (RJS)

RICHARD J. SULLIVAN, Circuit Judge:

On January 14, 2025, Marlon Sisnero-Gil, proceeding *pro se,* moved pursuant to 28 U.S.C. § 3582(c) to reduce his sentence. (Doc. 261.) IT IS HEREBY ORDERED THAT the government shall respond to this motion by April 14, 2025. The Clerk of Court is respectfully directed to send a copy of this order to Mr. Sisnero-Gil at his current address.

SO ORDERED.

Dated:   March 18, 2025
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation